**Order filed November 1, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00538-CV
_____

## LEROY GREER, BERNICE GREER, AND ALL OTHER OCCUPANTS OF 8306 KELSEY PASS, MISSOURI CITY, TEXAS 77459, Appellants

## V.

## JP MORGAN MORTGAGE ACQUISITION CORP., Appellee

---

**On Appeal from County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-CCV-069602**

---

## ORDER

Appellants' brief was originally due January 18, 2022. We granted two extensions of time to file appellants' brief until April 19, 2022. On April 19, 2022, appellant Leroy Greer filed a brief, and in the brief's Identity of Parties and Counsel section, identified only himself as the "appellant." *See* Tex. R. App. P. 38.1(a) ("Identity of Parties and Counsel"). Appellants Bernice Greer and/or any

other occupant of 8306 Kelsey Pass, Missouri City, Texas 77459 did not file a brief.

Accordingly, we order appellants Bernice Greer and/or any other occupant of 8306 Kelsey Pass, Missouri City, Texas 77459 to file a brief with the clerk of this court within thirty (30) days of the date of this order. If those appellants do not timely file the brief as ordered, their appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b). This order does not affect appellant Leroy Greer's appeal.


PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.